Núm. 8308.—LEÓN PARRA, apldo. *v.* COLÓN, aplte.—C. D. Ponce. Mayo 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, el demandado apelado solicita se desestime el recurso fundado en que el demandado apelante no radicó en la Corte de Distrito de Ponce la transcripción de evidencia dentro del término concedido a dicha parte por resolución de este tribunal de fecha 4 de marzo de 1941, o sea, en o antes del 10 de ese mes;

POR CUANTO, el demandado se ha opuesto a la anterior moción y ha hecho constar en su oposición que la transcripción de evidencia fué radicada en la referida corte de distrito en la tarde del día 11 de marzo del año en curso y que la vista sobre la aprobación de la referida transcripción de evidencia fué celebrada el 28 de abril próximo pasado, extremos que acredita con certificaciones expedidas por el Secretario interino de la aludida corte de distrito; y promete que procurará radicar dicha transcripción de evidencia en la secretaría de este tribunal en el más breve plazo posible;

POR CUANTO, el demandante apelado ha archivado una moción exponiendo que ha sido notificado de la anterior oposición y manifiesta que no tiene que objetar a lo solicitado por el demandado apelante, confiado en que éste cumplirá lo prometido en su oposición;

POR TANTO, se declara no haber lugar a la desestimación solicitada, debiendo el apelante radicar los autos en apelación en la secretaría de esta corte tan pronto el juez de la corte inferior apruebe la transcripción de evidencia.